Same case below, 336 S.W.3d 541.

No. 10-10409. Frank Eugene Armstrong, Petitioner v. United States.

565 U.S. 942, 132 S. Ct. 397, 181 L. Ed. 2d 256, 2011 U.S. LEXIS 7332.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-10562. Anthony L. Fletcher, Petitioner v. United States.

565 U.S. 942, 132 S. Ct. 398, 181 L. Ed. 2d 256, 2011 U.S. LEXIS 7287.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 634 F.3d 395.

No. 10-10592. Kelvin Jerod Holman, Petitioner v. United States.

565 U.S. 942, 132 S. Ct. 398, 181 L. Ed. 2d 256, 2011 U.S. LEXIS 7440.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 755.

No. 10-10599. Rashad McKay, aka Rashod McKay, Petitioner v. United States.

565 U.S. 942, 132 S. Ct. 398, 181 L. Ed. 2d 256, 2011 U.S. LEXIS 7304.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-10825. Salvatore Stabile, Petitioner v. United States.

565 U.S. 942, 132 S. Ct. 399, 181 L. Ed. 2d 256, 2011 U.S. LEXIS 7288.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 633 F.3d 219.

No. 10-10881. Beunka Adams, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 942, 132 S. Ct. 399, 181 L. Ed. 2d 256, 2011 U.S. LEXIS 7358.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 421 Fed. Appx. 322.

No. 10-10899. Sharita Pankey, Petitioner v. United States.

565 U.S. 942, 132 S. Ct. 399, 181 L. Ed. 2d 256, 2011 U.S. LEXIS 7338.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 414 Fed. Appx. 529.